No. 98–1140. WINTERS, REPRESENTATIVE OF THE ESTATE OF WINTERS, DECEASED, ET AL. *v.* DIAMOND SHAMROCK CHEMICAL CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition. ▇

No. 98–1143. THOMAS E. HOAR, INC. *v.* SARA LEE CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▇

No. 98–1172. PIPER JAFFRAY, INC., ET AL. *v.* HALLIGAN, EXECUTRIX OF THE ESTATE OF HALLIGAN, DECEASED. C. A. 2d Cir. Motion of Securities Industry Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▇

No. 98–1209. YOHN *v.* FREIDMAN, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 98–7565. HUGO P. *v.* GEORGE P. ET AL. Sup. Jud. Ct. Mass. Motion of National Association of Counsel for Children for leave to file a brief as *amicus curiae* granted. Motion of petitioner to strike affidavit from appendix to George P.'s brief in opposition denied. Certiorari denied. ▇

No. 97–9280. ADAMS *v.* LOCKHEED MARTIN, 525 U. S. 843;

No. 98–680. SCOTT *v.* PRUDENTIAL SECURITIES, INC., 525 U. S. 1068;

No. 98–748. LESOON *v.* UNITED STATES, 525 U. S. 1056;

No. 98–901. TOKHEIM *v.* COMMODITY FUTURES TRADING COMMISSION, 525 U. S. 1122;

No. 98–5504. NOVOSAD *v.* NEW MEXICO BOARD OF MEDICAL EXAMINERS ET AL., 525 U. S. 934;

No. 98–6027. CUNNINGHAM *v.* PACE ET AL., 525 U. S. 972;

No. 98–6180. THOMAS *v.* GILMORE, WARDEN, 525 U. S. 1123;

No. 98–6483. CHAROWSKY *v.* WAPINSKY ET AL., 525 U. S. 1074;

No. 98–6691. SCHAFFER *v.* KOENIG, 525 U. S. 1077;

No. 98–6718. NAGY *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, 525 U. S. 1078;

No. 98-6784. TRIGLER *v.* BRADLEY ET AL., 525 U. S. 1081;

No. 98-6928. PORTER *v.* HENDERSON, POSTMASTER GENERAL, 525 U. S. 1084;

No. 98-7016. McCARTNEY *v.* TERRAL ET AL., 525 U. S. 1125;

No. 98-7291. IN RE SUMMERS, 525 U. S. 1101; and

No. 98-7357. NAGY *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, 525 U. S. 1128. Petitions for rehearing denied.

No. 97-9068. MORGAN *v.* KIMBROUGH ET AL., 525 U. S. 835. Motion for leave to file petition for rehearing denied.

No. 98-6148. PERCESEPE *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL., 525 U. S. 1107. Motion of petitioner to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

MARCH 25, 1999

No. A-790. FRENCH, WARDEN *v.* DAYAN ET AL., AS NEXT FRIENDS OF RICH. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Fourth Circuit on March 23, 1999, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 98-8538 (A-772). FISHER *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

MARCH 29, 1999

No. D-2021. IN RE DISBARMENT OF RECKDENWALD. Disbarment entered. [For earlier order herein, see 525 U. S. 1099.]